# IN THE COURT OF APPEALS OF THE STATE OF IDAHO

## Docket No. 51356

STATE OF IDAHO, )
       )
       ) **Filed:  March 14, 2025**
      Plaintiff-Respondent, )
       ) **Melanie Gagnepain, Clerk**
v. )
       ) **THIS IS AN UNPUBLISHED**
BRUCE DANIEL LATIMER, ) **OPINION AND SHALL NOT**
       ) **BE CITED AS AUTHORITY**
      Defendant-Appellant. )
       )

Appeal from the District Court of the Seventh Judicial District, State of Idaho, Custer County.  Hon. Stevan H. Thompson, District Judge.

Judgment of conviction and concurrent unified sentences of ten years, with a minimum period of incarceration of four years, for attempted strangulation and felony domestic battery, <u>affirmed</u>.

Erik R. Lehtinen, State Appellate Public Defender; Kimberly A. Coster, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Raúl R. Labrador, Attorney General; Kacey L. Jones, Deputy Attorney General, Boise, for respondent.

---

Before HUSKEY, Judge; LORELLO, Judge;
and TRIBE, Judge

---

PER CURIAM

Bruce Daniel Latimer was found guilty of attempted strangulation, Idaho Code § 18-923 and felony battery-domestic violence with traumatic injury, I.C. § 18-918(2).  The district court imposed concurrent unified sentences of ten years, with a minimum period of incarceration of four years.  Latimer appeals, contending that his sentences are excessive.

Sentencing is a matter for the trial court's discretion.  Both our standard of review and the factors to be considered in evaluating the reasonableness of the sentence are well established and need not be repeated here.  *See State v. Hernandez*, 121 Idaho 114, 117-18, 822 P.2d 1011, 1014-

1

15 (Ct. App. 1991); *State v. Lopez*, 106 Idaho 447, 449-51, 680 P.2d 869, 871-73 (Ct. App. 1984); *State v. Toohill*, 103 Idaho 565, 568, 650 P.2d 707, 710 (Ct. App. 1982). That discretion includes the trial court's decision regarding whether a defendant should be placed on probation and whether to retain jurisdiction. I.C. § 19-2601(3), (4); *State v. Reber*, 138 Idaho 275, 278, 61 P.3d 632, 635 (Ct. App. 2002); *State v. Lee*, 117 Idaho 203, 205-06, 786 P.2d 594, 596-97 (Ct. App. 1990). The record in this case shows that the district court properly considered the information before it and determined that probation was not appropriate.

Applying these standards, and having reviewed the record in this case, we cannot say that the district court abused its discretion. Therefore, Latimer's judgment of conviction and concurrent sentences are affirmed.